

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-14-00026-CV

**IN RE** Marisa Cristina **BALDERAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On January 10, 2014, relator Marisa Cristina Balderas filed a petition for writ of mandamus and an emergency motion for temporary relief. The real party in interest filed a request for time to file a response to the mandamus petition and motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than 4:00 p.m., Monday, January 13, 2014. Specifically, the respondent and real parties in interest are requested to address the issue of the district court's mandamus jurisdiction.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary emergency relief is GRANTED. Any further printing or mailing of early primary ballots for the March 4, 2014 Democratic Primary by the Bexar County Democratic Party, its agents, servants, representatives or contractors is temporarily stayed pending final resolution of the mandamus petition filed in this court.

The real party in interest's motion for time to respond is GRANTED IN PART. Any response is to be filed no later than January 13, 2014.

It is so **ORDERED** on January 10th, 2014.                PER CURIAM

ATTESTED TO: _____
                        Keith E. Hottle
                        Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-20486, styled *In re Brenda Levenstein*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable David Peeples presiding.